# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLOS RUBIO CORRALES, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-05-237-M |
| BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) |
| Respondent. | ) |

## ORDER

On April 20, 2005, United States Magistrate Judge Bana Roberts issued a Report and Recommendation [docket no. 10] in this habeas action brought pursuant to 28 U.S.C. § 2241. Magistrate Judge Roberts recommends that the Bureau of Immigration and Customs Enforcement's Motion to Dismiss [docket no. 9] be granted and that Petitioner's petition for a writ of habeas corpus [docket no. 1] be dismissed as moot. Petitioner was advised of his right to object to the Report and Recommendation by May 10, 2005. A review of the case file reveals that no objections have been filed.

The Court has carefully reviewed this matter de novo. The Court agrees with Magistrate Judge Roberts's Report and Recommendation in all respects. Accordingly, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by Magistrate Judge Roberts on April 20, 2005;

(2) GRANTS the Bureau of Immigration and Customs Enforcement's Motion to Dismiss; and

(3) DISMISSES Petitioner's petition for a writ of habeas corpus as moot.

**IT IS SO ORDERED this 1st day of June, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE